IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES R. WEBB, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 17-12-SCW |
| | ) |
| JACKSON COUNTY JAIL, MR. HUFFMAN, MR. ANDERSON, MR. STRATTEN, MR. LEE, MR. MICKELSON and MR BRASHEAR, | ) |
| | ) |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendant JACKSON COUNTY JAIL was dismissed with prejudice on January 10, 2018 by an Order entered by Judge J. Phil Gilbert (Doc. 5).

The remaining were dismissed for want of prosecution on March 20, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 35)

THEREFORE, judgment is entered in favor of Jackson County Jail, Mr. Huffman, Mr. Anderson, Mr. Stratten, Mr. Lee, Mr. Mickelson and Mr. Brashear and against Plaintiff James R. Webb, Jr.,

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 20th day of March, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by    s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**